**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **RAHN ANDRE JACOBS,** | : | **CIVIL NO. 1:CV-13-2066** |
| **Plaintiff,** | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **DR. WILLIAM W. YOUNG,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW**, this 11th day of March, 2014, in accordance with the attached Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Plaintiff's motion for the appointment of counsel (Doc. No. 4) is **denied without prejudice**.

2. Within fourteen (14) days from the date of this order, Plaintiff shall file his brief in opposition to Defendant's motion to dismiss in accordance with M.D. Pa. L.R. 7.6. Failure to comply with this order may result in the granting of the motion or dismissal of this case for failure to prosecute. See Fed. R. Civ. P. 41(b)("If the plaintiff fails to prosecute or to comply with these rules or a court order, a defendant may move to dismiss the action or any claim against it."); Link v. Wabash R.R. Co., 370 U.S. 626, 630-31 (1962)(interpreting Federal Rule of Civil Procedure 41(b) as permitting *sua sponte* dismissals by the court); Poulis v. State Farm Fire & Cas. Co., 747 F.2d 863, 868 (3d Cir. 1984).

                                           S/ Yvette Kane
                                           YVETTE KANE, District Judge
                                           Middle District of Pennsylvania