# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **RAHN ANDRE JACOBS,** | : | **CIVIL NO. 1:CV-13-2066** |
| **Plaintiff,** | : | |
| | : | **(Judge Kane)** |
| v. | : | |
| | : | |
| **DR. WILLIAM W. YOUNG,** | : | |
| **Defendant** | : | |

## ORDER

**AND NOW, THIS 8th DAY OF MAY, 2014,** in accordance with the accompanying Memorandum, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The motion to dismiss filed by Defendant Young (Doc. No. 12) is **denied**.

2. Within twenty (20) days from the date of this order, Defendant shall file his answer to the complaint.

                                              S/ Yvette Kane
                                              YVETTE KANE, District Judge
                                              Middle District of Pennsylvania