```
                UNITED STATES DISTRICT COURT
                         FOR THE
                MIDDLE DISTRICT OF PENNSYLVANIA


RAHN ANDRE JACOBS,              :
                                :
        Plaintiff                :      No. 1:13-CV-2066
                                :
    vs.                          :      (Judge Kane)
                                :
DR. WILLIAM YOUNG,              :
                                :
        Defendant                :
```

ORDER

**AND NOW,** in accordance with the accompanying memorandum, on the 31st day of January 2017, **IT IS HEREBY ORDERED THAT:**

   1.  Defendant Dr. William Young's motion for summary judgment (Doc. No. 46), is **GRANTED**;

   2.  Judgment is hereby entered in favor of the the Defendant Young and against Jacobs**;**

   3.  The Clerk of Court shall **CLOSE** this case; and

   4.  Any appeal taken from this order will be deemed frivolous, without probable cause, and not taken in good faith.

                                    s/ Yvette Kane
                                    Yvette Kane, District Judge
                                    United States District Court
                                    Middle District of Pennsylvania